# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIO TORRES GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>R. RESSENDIS, et al.,<br><br>Defendants. | No. 1:23-cv-1031 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

Marcus Torres Gonzalez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge found Plaintiff failed to state a cognizable claim, and failed to prosecute the action by filing an amended complaint as ordered. (Doc. 9 at 4-7.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 7.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days and that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 8 citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections were filed, and the deadline to do so expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 11, 2023 (Doc. 9) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 16, 2023**

UNITED STATES DISTRICT JUDGE

2